EARL G. SHAUGER, SR., Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 31030.) — Judgment affirmed, with costs. All concur. (Appeal from a judgment for claimant on a claim for damages for personal injuries and for property damage to claimant's motorcycle alleged to have resulted by reason of negligent condition of State highway.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.